**LETTER REQUESTING JUDICIAL ACTION ON PENDING EMERGENCY MOTION**

To the Honorable Judge Kenneth M. Karas:

I respectfully write as a pro se disabled adult child and the daughter of Alfred James Rockefeller III, whose care and family access are the subject of my pending Emergency Motion for Relief.

That motion, filed on August 1, 2025, remains undecided. Meanwhile, the defendants were granted a 30-day extension to respond, and my father and I continue to suffer irreparable harm during the delay.

It has now been well over 90 days since my father's last care plan meeting — in direct violation of federal and state care regulations. I have not seen or spoken to my father since March 2025, not because of a lawful court order, but because I have been excluded, retaliated against, and silenced in response to my advocacy for his well-being.

The last time I saw my father, he was in clear emotional distress. He repeatedly said that the environment was making him worse. He had broken glasses, poor hygiene, and was visibly losing weight. He had not received dental care and was in no condition to withstand another blood infection, which he has suffered in the past.

He expressed fear of becoming more confused and isolated — of being left alone, cut off from his daughter and his only grandchildren, whom he deeply loves and who miss him dearly.

My father has no familiarity, comfort, or safety in his current environment. He is surrounded by strangers while his family — myself and his grandchildren — are kept away. I have been his primary caregiver, healthcare proxy, and closest advocate for years. We had daily contact. He never asked to be separated from me, and I have never done anything to warrant this treatment.

I am not asking for special treatment. I am asking for the most basic human right: to see my father and to participate in a care plan meeting that should have already been scheduled and held.

In fact, I was excluded from the last care plan meeting, even though I have never missed one before and have always attended in person. The last care plan meeting I did attend deeply disturbed me, because my father himself was excluded. It is cruel and harmful to keep him in the dark about his own healthcare, and it has only caused him more harm and confusion.

I fear for my father's life. I fear that he is being neglected and emotionally abused, while those responsible continue to act with impunity. The silence is becoming dangerous.

Please, I respectfully ask this Court to take urgent action on my pending Emergency Motion.

Respectfully submitted,

Chamolin Jane Rockefeller
Plaintiff, Pro Se

54 N Franklin st
Athens, NY, 12015

chamolin@hotmail.com

Dated: August 7, 2025