# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**Chamolin Rockefeller,**

Plaintiff,

v.

**Dutchess County Department of Social Services, et al.,**

Defendants.

Case No.: 1:25-cv-05210 (KMK)

## NOTICE OF EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that Plaintiff Chamolin Rockefeller hereby moves this Court, before the Honorable Kenneth M. Karas, United States District Judge, for a preliminary injunction pursuant to **Rule 65 of the Federal Rules of Civil Procedure, Title II of the Americans with Disabilities Act, Section 504 of the Rehabilitation Act,** and **42 U.S.C. § 1983.**

This motion is based upon:

- The accompanying Memorandum of Law
- The Declaration of Chamolin Rockefeller
- The attached Exhibits A–G
- All pleadings and proceedings previously had herein

Plaintiff seeks immediate injunctive relief to prevent ongoing violations of federal law and irreparable harm.

Plaintiff further requests that the Court **waive any bond requirement pursuant to Rule 65(c),** as this action seeks to enforce federal civil rights and the requested relief imposes minimal burden on Defendants.

Dated: 4/24/2026

Respectfully submitted,

**Chamolin Rockefeller**
Plaintiff, Pro Se

Defendants are directed to file their response to Plaintiff's emergency relief request, if any, by May 13, 2026.

So Ordered.

May 11, 2026